# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robinson Peralta

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

the city of New york

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

misconduct do to A negligent Act
Selective enforcement - Police perjury

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Robinson Poralta , is a citizen of the State of
(Plaintiff's name)

New York, New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, the city of New-york is incorporated under the laws of

the State of   New york

and has its principal place of business in the State of   New york

or is incorporated under the laws of (foreign state)   _____

and has its principal place of business in   _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Robinson _____ Peralta _____
First Name              Middle Initial        Last Name

1320 Riverside Drive _____
Street Address

New york _____ NY _____ 10033 _____
County, City              State            Zip Code

917-504-3292 _____ Peralta.Robinson1gmail.com
Telephone Number          Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    the city of New York
_____
First Name                    Last Name

law office.
_____
Current Job Title (or other identifying information)

100 Church Street
_____
Current Work Address (or other address where defendant may be served)

New York              NY              10007
_____
County, City                State              Zip Code

Defendant 2:    _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Defendant 3:    _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 148th Street and B-way – 30th Precinct

Date(s) of occurrence: Sept 11 2022 – Sept 12 2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Distress

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want A car Replaced- or 140,000 for A car and lost Income.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11-18-2022 | Robinson Peralta |
| Dated | Plaintiff's Signature |
| Robinson | Peralta |
| First Name          Middle Initial | Last Name |
| 1320 Riverside Drive | |
| Street Address | |
| New york                          NY                    10033 | |
| County, City                      State                 Zip Code | |
| 917-504-3292 | Peralta.Robinson1 gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Robinson Peralta v City of New york
1:21cv-06395

Peralta, Robinson
Name (Last, First, MI)

1320 Riverside Drive    New york, NY 10033
Address                City                State            Zip Code

917-504-3292            Peralta Robinson1 gmail.com
Telephone Number        E-mail Address

11-18-2022              Robinson Peralta
Date                    Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Dear law office of New York this is the complaint.

On September 11th 2022 Robinson Peralta was in a car accident on 148th street and Broadway New York, New York. The plaintiff car was destroyed the police and ambulance where called.

When the police were called to the accident the plaintiff (Robinson Peralta) told the officer jean Paul Rozenbenz badge number 3118 from the 30th precinct that the plaintiff was hit by someone else on the left side and made the plaintiff hit someone that was double parked on the right side. Officer jean Paul Rozenbenz disregarded the plaintiff's statement. He said to the plaintiff that there were no witnesses and that there was no video of the accident.

The next day sept 12 2022 the plaintiff went back to 148th street to look for video and found it.  The video clearly shows that the plaintiff was hit by another driver on the left side and cause the plaintiff to hit the car on the right side.

The same day the plaintiff went to the 30th precinct to show officer jean Paul Rozenbenz the video, so that he can write the accident report correctly. The plaintiff first explained the situation to his supervisor I believe to be a sergeant that was at the front desk, he agreed that someone else caused the accident. Officer jean Paul Rozenbenz came to the front desk and saw the video and kept saying that the plaintiff wasn't hit. The sergeant in the video said the video is clear that the plaintiff was hit, and that officer jean Paul Rozenbenz should wright the report saying just that. Officer jean Paul Rozenbens

argued with the sergeant telling him that the plaintiff was not hit by another car on the left, to the point where the sergeant had to send him to the side because he was disobeying an order. The plaintiff was told that the accident report would be written correctly. THE PLAINTIFF HAS VIDEO OF THIS.

Eleven days later the plaintiff received the report (2022-030-000433) saying that the plaintiff crashed into a parked car thus intentionally lying on an accident report which goes against patrol guide general regulations procedure NO:203-08. And officer went against the sergeants' orders.

A few days later the plaintiff went to the 30th talk to the officer as to why he didn't write the report the way it was supposed to be written; the plaintiff did not get to speak to officer Jean Paul Rozenbenz but did speak to the reviewing officer Lt robin Taveras which he also agreed that officer Rozenbenz did not do his job correctly. The plaintiff was told that emails was sent to officer Rozenbenz to amend the complaint.  the plaintiff went to the precinct a third time to ask as to why the accident report was still not amended, the plaintiff was told over the phone by officer jean Paul Rozenbenz that he would amend the complaint, and that he was on vacation, supposedly. The plaintiff had already opened a complaint with the CCRB (2022-064-05) and was told it was sent to internal affairs which it was also closed. Ignoring the violation and committing violations themselves.

By October 03, 2023, the accident report (2022-030-000-427) was amended to show that the plaintiff was hit by someone that left the accident, but it still left out the fact that the car the plaintiff hit was double parked. Thus, lying again. After the amended complaint was made, the complaint was sent to a detective lawhorne so that they can investigate the Hit and run crime that was committed, the detective stated that she was surprised that she got this case so late because 30 days had passed and the evidence would be gone, and that she will try to find the driver with the video the plaintiff provided. On November 16, 2022, the detective told the plaintiff that she will not be able to identify the driver of the vehicle that hit my car.

Officer Rozenbenz lied on a legalized authorized form. Also trying to protect a criminal in order to do the plaintiff damage, Retaliation. The NYPD is also trying to cover it up in a way that it looks like it didn't happen that way. The plaintiff has video if it all. The plaintiff lost his car and his job all in the same day, and because of officers rozenbenz actions, the plaintiff can not sue the other driver for damages and lost wages do to officer rozenbez actions.

Robinson Peralta

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robinson Peralta

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

the city of New york

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*  ☐ Yes  ☒ No  (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes  ☐ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?  ☐ Yes  ☒ No

    If "yes," my employer's name and address are:

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? Sept 11 2022

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment  ☐ Yes  ☒ No
    (b) Rent payments, interest, or dividends  ☐ Yes  ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No

(d) Disability or worker's compensation payments ☒ Yes ☐ No

(e) Gifts or inheritances ☐ Yes ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒ No

(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

MY MOther is Collecting Disability

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

490 Dollers in my checking

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: NO

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: NO

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): NONE

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: NO

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

11-18-2022
**Dated**

Robinson Peralta
**Signature**

Robinson Peralta
**Name (Last, First, MI)**

_____
**Prison Identification # (if incarcerated)**

1330 Riverside     NY          NY     10033
**Address**     **City**     **State**     **Zip Code**

917-504-3292
**Telephone Number**

Peralta.Robinson1 gmail.com
**E-mail Address (if available)**

IFP Application, page 2