UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBINSON PERALTA,

                Plaintiff,

    -against-

CITY OF NEW YORK,

                Defendants.

22-CV-9829 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 6, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 6, 2023
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                            Chief United States District Judge